# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

rradick@maglaw.com
kdrooyan@maglaw.com
rfeldman@maglaw.com
(212) 856-9600

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON D.C.
**ALSO ADMITTED IN CONNECTICUT

October 13, 2022

[Handwritten annotation: Application to extend time to October 28, 2022 to object to the sentence report is granted. The sentence will be rescheduled where all the submissions are complete. So ordered. /s/(ARR)]

**By ECF and Email**
Honorable Allyne R. Ross
United States District Judge
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Ezhil Sezhian Kamaldoss et al., No. 19 Cr. 543 (ARR)

Dear Judge Ross:

     On behalf of our client Ezhil Kamaldoss, we write to respectfully request a two-week extension of the deadline for submitting our objections to the Presentence Investigation Report ("PSR") in this matter.

     On September 30, 2022, the Probation Department released its initial version of the PSR. Pursuant to Rule 32(f)(1) of the Federal Rules of Criminal Procedure, the parties have 14 days after receiving the PSR to set forth their objections. Accordingly, our objections are currently due on October 14, 2022.

     We seek an extension of this date because we have not yet been able to discuss and review the PSR with our client. In fact, we have been conferring with Mr. Kamaldoss frequently of late in order to gather information for and submit a final version of the personal financial statement that the Probation Department requested of him, and we expect to be able to submit that financial statement early next week. We will then be meeting with Mr. Kamaldoss to review the PSR, including during a meeting that we have scheduled for October 17, 2022. Against this backdrop, we expect that we will require until approximately October 28, 2022 to provide the Probation Department with any objections and clarifications to the PSR, and we respectfully request an extension until that date.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Honorable Allyne R. Ross
October 13, 2022
Page 2

       We thank the Court for its consideration of the extension sought herein.

                          Respectfully submitted,

                              /s/
                        Robert M. Radick
                        Katherine M. Drooyan
                        Russell J. Feldman

cc:    AUSA Nicholas Moscow (by email and ECF)
        AUSA Robert Pollack (by email and ECF)
        AUSA Margaret Schierberl (by email and ECF)