Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

**Eastern** District of **New York**

**Caption:**

United States of America

v.

Ezhil Kamaldoss

Docket No.: 19 Cr. 543

Hon. Allyne R. Ross
(District Court Judge)

Notice is hereby given that **Ezhil Kamaldoss** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)

entered in this action on **March 28, 2024**.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✓   Other [ ]

Defendant found guilty by plea [ ]   trial ✓   N/A [ ]

Offense occurred after November 1, 1987? Yes ✓   No [ ]   N/A [ ]

Date of sentence: **March 26, 2024**   N/A [ ]

Bail/Jail Disposition: Committed ✓   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes ✓   No [ ]   If yes, provide the following information:

Defendant's Counsel: Robert M. Radick, Morvillo Abramowitz Grand Iason & Anello PC

Counsel's Address: 565 Fifth Avenue
New York, NY 10017

Counsel's Phone: (212) 880-9558

Assistant U.S. Attorney: Robert Pollack

AUSA's Address: 271 Cadman Plaza East
Brooklyn, NY 11201

AUSA's Phone: (718) 254-6232

_____
Signature